IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| CLARA BETH, | ) **JUDGMENT IN A CIVIL CASE** |
| --- | --- |
| Plaintiff, | ) |
| | ) Civil Action No. |
| v. | ) 05-3208-CV-S-REL-SSA |
| | ) |
| JO ANNE BARNHART, | ) |
| | ) |
| Defendant. | ) |

\_\_  **Jury Verdict(s).**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict(s).

 X   **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That plaintiff's motion for summary judgment is denied.

That the decision of the Commissioner is affirmed.

That the plaintiff's alternative request for remand is denied.


P. L. Brune, Clerk

/s/ Sue Anderson-Porter

Date: December 12, 2005          By : Sue Anderson-Porter
                                      Deputy Clerk